NATIVIDAD VASQUEZ, PLAINTIFF-RESPONDENT, v. GLASS-BORO SERVICE ASSOCIATION, INC., A NEW JERSEY CORPORATION; JOSEPH GAROFALO, INDIVIDUALLY, AND IN HIS CAPACITY AS MANAGER OF THE GLASS-BORO SERVICE ASSOCIATION; JOHN L. CARUSO, IN-DIVIDUALLY, AND IN HIS CAPACITY OF ASSISTANT MANAGER OF THE GLASSBORO SERVICE ASSOCIA-TION, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Submitted November 21, 1977—Supplemental Memoranda January 5, 1978, January 18, 1978 and January 23, 1978—Decided March 28, 1978.

Before Judges FRITZ, BOTTER and ARD.

*Messrs. Lipman, Antonelli, Batt & Dunlap,* attorneys for appellant Glassboro Service Association (*Mr. Frederick A. Jacob,* on the brief).

*Mr. Michael S. Berger,* Farmworkers Rights Project, Civil Liberties Education and Action Fund of the American Civil Liberties Union of New Jersey, attorney for respondent.

*Mr. John J. Connell* filed a brief on behalf of *amicus curiae* New Jersey Farm Bureau.

PER CURIAM. We affirm substantially for the reasons set forth by Judge King in his opinion which is reported at 159 *N. J. Super.* 310 (Ch. Div. 1976). No costs.